## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

Minnesota Life Insurance Company,   Civil No. 12-1437 (RHK/FLN)

     Interpleader Plaintiff,

**ORDER**

v.

Jessica Richter, Tara Hoffman,
and Annette Ballweber,

     Interpleader Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 14, 2013, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 37) is **ADOPTED**; and

2. The Court awards Interpleader Defendants Jessica Richter and Tara Hoffman the $8,772.93, plus interest, that the Plaintiff Minnesota Life Insurance Company deposited with the Clerk of Court.

Dated: April 8, 2013

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge